Robert A. Naeve (State Bar No. 106095)
rnaeve@jonesday.com
Cary D. Sullivan (State Bar No. 228527)
carysullivan@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:    +1.949.851.3939
Facsimile:     +1.949.553.7539

Attorneys for Defendants
NEAL I. TANIGUCHI, in his official capacity
as Court Executive Officer/Clerk of the
Superior Court of California, County of San Mateo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NEAL I. TANIGUCHI in his official capacity as Court Executive Officer/Clerk of the San Mateo County Superior Court,**<br><br>**Defendants.** | Case No. 4:21-cv-00414-HSG<br><br>**Assigned for all purposes to**<br>**Hon. Haywood S. Gilliam, Jr.**<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br>Current CMC Date:  April 20, 2021<br>Proposed New Date:  May 25, 2021<br>Time:         2:00 p.m.<br>Dept.:        Courtroom 2 |

Defendant Neal I. Taniguchi, in his official capacity as Court Executive Officer/Clerk of the Superior Court of California, County of San Mateo ("SMSC"), and Plaintiff Courthouse News Service ("CNS") hereby stipulate to 1) continue the Initial Case Management Conference in this action, currently set for April 20, 2021, to May 25, 2021, or as soon thereafter as the Court may be available; and 2) extend SMSC's deadline to file a responsive pleading in this action until April 28, 2021.

1. On January 19, 2021, the Court set the Initial Case Management Conference in this action for April 20, 2021, at 2:00 p.m.  (Dkt. No. 6.)

2. On January 26, 2021, counsel for SMSC executed and CNS filed a Waiver of Service of Summons, which set SMSC's deadline to file a responsive pleading in this action at 60 days from January 26, 2021 – or by March 29, 2021.  (Dkt. No. 11.)

3. The parties have been working to create an electronic media inbox solution in SMSC for new e-filed non-confidential civil unlimited complaints, in an effort to resolve this matter amicably.

4. The parties believe their time and efforts are best served by focusing on this potential resolution, rather than preparing for litigation and trial.  The parties further believe this proposed continuance and extension will give them sufficient time in which to do so.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. The Initial Case Management Conference in this action shall be continued to May 25, 2021, at 2:00 p.m., or as soon thereafter as the Court may be available;

2. The parties' respective Rule 26 obligations shall likewise be continued; and

3. The deadline to file a responsive pleading in this matter by SMSC shall be extended to April 28, 2021.

**IT IS SO STIPULATED**.

Dated: March 26, 2021

JONES DAY

/s/ Robert A. Naeve
Robert A. Naeve
Cary D. Sullivan

Attorneys for Defendant
NEAL I. TANIGUCHI, in his official capacity as Court Executive Officer/Clerk of the Superior Court of California, County of San Mateo

Dated: March 26, 2021

COURTHOUSE NEWS SERVICE

/s/ Jonathan G. Fetterly (as authorized on 3/26/2021)
Jonathan G. Fetterly

Attorneys for Plaintiff
COURTHOUSE NEWS SERVICE

**ORDER**

Based upon the parties' Stipulation to Continue the Initial Case Management Conference and Extend Defendant's Responsive Pleading Deadline, and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The Initial Case Management Conference in this action shall be continued to May 25, 2021, at 2:00 p.m.;

2. The parties' respective Rule 26 obligations shall likewise be continued; and

3. The deadline to file a responsive pleading in this matter for SMSC shall be extended to April 28, 2021.

**IT IS SO ORDERED**.

Dated: 3/29/2021

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE