Robert A. Naeve (State Bar No. 106095)
rnaeve@jonesday.com
Cary D. Sullivan (State Bar No. 228527)
carysullivan@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendants
NEAL I. TANIGUCHI, in his official capacity
as Court Executive Officer/Clerk of the
Superior Court of California, County of San
Mateo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NEAL I. TANIGUCHI in his official capacity as Court Executive Officer/Clerk of the San Mateo County Superior Court,**<br><br>**Defendants.** | Case No. 4:21-cv-00414-HSG<br><br>**Assigned for all purposes to**<br>**Hon. Haywood S. Gilliam, Jr.**<br><br>**STIPULATION AND ORDER TO FURTHER CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br>Current CMC Date: May 25, 2021<br>Proposed New Date: June 22, 2021<br>Time: 2:00 p.m.<br>Dept.: Courtroom 2 |

Defendant Neal I. Taniguchi, in his official capacity as Court Executive Officer/Clerk of the Superior Court of California, County of San Mateo ("SMSC"), and Plaintiff Courthouse News Service ("CNS") hereby stipulate to 1) further continue the Initial Case Management Conference in this action, currently set for May 25, 2021, to June 22, 2021, or as soon thereafter as the Court may be available; and 2) further extend SMSC's deadline to file a responsive pleading in this action until May 26, 2021.

1. On January 19, 2021, the Court set the Initial Case Management Conference in this action for April 20, 2021, at 2:00 p.m. (Dkt. No. 6.)

2. On January 26, 2021, counsel for SMSC executed and CNS filed a Waiver of Service of Summons, which set SMSC's deadline to file a responsive pleading in this action at 60 days from January 26, 2021 – or by March 29, 2021. (Dkt. No. 11.)

3. Given the parties' ongoing work to create an electronic media inbox solution in SMSC for new e-filed non-confidential civil unlimited complaints, on March 26, 2021, the parties stipulated to 1) continue the Initial Case Management Conference in this action from April 20, 2021 to May 25, 2021; and 2) extend SMSC's deadline to file a responsive pleading in this action until April 28, 2021. (Dkt. No. 12.) The Court ordered the stipulated continuance and extension. (*Id*.)

4. The parties have continued to work to create an electronic media inbox solution in SMSC for new e-filed non-confidential civil unlimited complaints, in an effort to resolve this matter amicably.

5. The parties believe their time and efforts are best served by focusing on this potential resolution, rather than preparing for litigation and trial. The parties believe this proposed further continuance and extension will give them sufficient time in which to do so.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. The Initial Case Management Conference in this action shall be further continued to June 22, 2021, at 2:00 p.m., or as soon thereafter as the Court may be available;

2. The parties' respective Rule 26 obligations shall likewise be continued; and

3. The deadline to file a responsive pleading in this matter by SMSC shall be further extended to May 26, 2021.

**IT IS SO STIPULATED**.

Dated: April 28, 2021.　　　　　　　　　JONES DAY

　　　　　　　　　　　　　　　　　　　/s/ Robert A. Naeve
　　　　　　　　　　　　　　　　　　　Robert A. Naeve
　　　　　　　　　　　　　　　　　　　Cary D. Sullivan

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　NEAL I. TANIGUCHI, in his official
　　　　　　　　　　　　　　　　　　　capacity as Court Executive Officer/Clerk
　　　　　　　　　　　　　　　　　　　of the Superior Court of California, County
　　　　　　　　　　　　　　　　　　　of San Mateo


Dated: April 28, 2021.　　　　　　　　　COURTHOUSE NEWS SERVICE

　　　　　　　　　　　　　　　　　　　/s/ Jonathan G. Fetterly (as authorized on 4/28/2021)
　　　　　　　　　　　　　　　　　　　Jonathan G. Fetterly

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　COURTHOUSE NEWS SERVICE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the parties' Stipulation to Further Continue the Initial Case Management |
| 3 | Conference and Extend Defendant's Responsive Pleading Deadline, and for good cause shown, |
| 4 | **IT IS HEREBY ORDERED THAT**: |
| 5 | 1. The Initial Case Management Conference in this action shall be further continued |
| 6 | to June 22, 2021, at 2:00 p.m.; |
| 7 | 2. The parties' respective Rule 26 obligations shall likewise be continued; and |
| 8 | 3. The deadline to file a responsive pleading in this matter for SMSC shall be further |
| 9 | extended to May 26, 2021. |
| 10 | **IT IS SO ORDERED**. |

Dated: 4/29/2021

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE