Rachel E. Matteo-Boehm (SBN 195492)
rachel.matteo-boehm@bclplaw.com
Katherine Keating (SBN 217908)
katherine.keating@bclplaw.com
Jonathan G. Fetterly (SBN 228612)
jon.fetterly@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
3 Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434

Attorneys for Plaintiff
COURTHOUSE NEWS SERVICE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Courthouse News Service,<br><br>Plaintiff,<br><br>vs.<br><br>Neal I. Taniguchi, in his official capacity as Court Executive Officer/Clerk of the San Mateo County Superior Court,<br><br>Defendant. | Case No. 4:21-CV-00414-HSG<br><br>**ORDER OF CONDITIONAL DISMISSAL WITHOUT PREJUDICE** |

The Court, having received the Parties' Stipulation For Conditional Dismissal Without Prejudice, hereby orders as follows:

      1.     This action is conditionally dismissed without prejudice;

      2.     On or before November 29, 2021, the Parties shall either: (a) file a stipulation and proposed order converting the dismissal without prejudice to a dismissal with prejudice; or (b) if the conditions required for settlement have not occurred, report to the Court as to the status of the case.

**IT IS SO ORDERD**

Dated:   6/9/2021

_____
UNITED STATES DISTRICT COURT JUDGE