Rachel E. Matteo-Boehm (SBN 195492)
rachel.matteo-boehm@bclplaw.com
Katherine Keating (SBN 217908)
katherine.keating@bclplaw.com
Jonathan G. Fetterly (SBN 228612)
jon.fetterly@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
3 Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434

Attorneys for Plaintiff
COURTHOUSE NEWS SERVICE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Courthouse News Service,<br><br>on<br><br>vs.<br><br>Neal I. Taniguchi, in his official capacity as Court Executive Officer/Clerk of the San Mateo County Superior Court,<br><br>Defendant. | Case No. 4:21-CV-00414-HSG<br><br>**ORDER CONVERTING CONDITIONAL DISMISSAL WITHOUT PREJUDICE TO DISMISSAL WITH PREJUDICE** |

1  The Court, having received the Parties' Stipulation of Dismissal With Prejudice, hereby
2  converts the dismissal of this action from a conditional dismissal without prejudice to a dismissal
3  with prejudice.

4  **IT IS SO ORDERD**

5  
6  Dated:    11/22/2021                    _____
                                            UNITED STATES DISTRICT COURT JUDGE